ORIGINAL

FILED
JUL 7 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SARANG CORPORATION )
Plaintiff )
)
v. ) No. 06-506 C
)
THE UNITED STATES )
Defendant )

## COMPLAINT

### I. PRELIMINARY STATEMENT

1. Sarang Corporation (Sarang) entered into a contract (Contract No. 50-3434-1-1524) with the US Department of Agriculture Forest Service (Forest Service) for the performance of certain construction services on May 11, 2001. Sarang completed the work under the contract on November 19, 2003. After several months of negotiations, the parties reached agreement regarding final payment for the work performed on October 14, 2005. However, the Forest Service has since failed to remit final payment on the work performed. Sarang therefore institutes this action for the recovery of $75,886.00, the balance due on the work performed. In addition Sarang demands payment of penalty interest due on its claim in accordance with the Prompt Payment Act (31 USC § 3901 et seq.), as well as reasonable costs and attorney's fees under the Equal Access to Justice Act (28 USC § 2412).

### II. JURISDICTION

2. The jurisdiction of this court is invoked pursuant to the Contract Disputes Act, 41 USC § 609(a).

## III. PARTIES

3. The plaintiff, Sarang Corporation, is a corporation organized under the laws of the State of Illinois, with its headquarters located at 409 Busse Road, Elk Grove Village, Illinois 60007.

4. The defendant is the U.S. Department of Agriculture (USDA) Forest Service, with its relevant program office located at 1400 Independence Avenue, SW, Washington, DC 20250. The current address of the Contracting Officer responsible for administration of the subject contract is 1621 North Kent Street, RPE, 701, Arlington, Virginia 22209.

## IV. FACTUAL ALLEGATIONS

5. Plaintiff entered into a contract with the USDA Forest Service for the performance of certain construction-related services on May 11, 2001. The work was to be performed at the Midewin National Tallgrass Prairie Administrative Site in Will County, Illinois.

6. Sarang satisfactorily performed the work under the contract and the final punchlist process was successfully completed on November 19, 2003. On December 2, 2003, the Forest Service signed a Certificate for Payment entitling Sarang to payment in the amount of $258,993.00. Acknowledging that the contract was 100% complete, the Forest Service nevertheless withheld $25,000 pending resolution of a claim that had been filed by Sarang via letter dated June 25, 2003 regarding extra work performed on the contract (discussed further under paragraph 7, below). The $25,000.00 withheld by the Forest Service was never actually in dispute; yet this amount remains to be paid to Sarang more than one-and-a-half years after the contract was completed.

7. As mentioned in paragraph 6, Sarang filed a claim via letter dated June 25, 2003 for $198,263.00 based on extra work performed as a result of changes directed by the Forest Service on the project. On July 19, 2005 the Forest Service issued a settlement offer on this claim in the amount of $50,886.00. This offer was accepted by Sarang through a signed Settlement Agreement and Contract Release dated October 14, 2005. This settlement amount remains to be paid more than seven months after Sarang agreed to the offer issued by Forest Service.

## V. FIRST CAUSE OF ACTION

8. The Forest Service's failure to remit payment in the amount of $25,000 to Sarang for work successfully completed and accepted amounts to a violation of terms of the contract as executed between the parties. The Forest Service is therefore liable to Sarang in the amount of $25,000 plus any penalty interest due in accordance with Federal Acquisition Regulation (FAR) § 33.208.

## VI. SECOND CAUSE OF ACTION

9. The Forest Service's failure to remit payment in the amount of $50,886.00 to Sarang per the terms of the parties' Settlement Agreement amounts to a violation of the government's obligation to issue payment as arising by application of FAR § 33.210. The Forest Service is therefore liable to Sarang in the amount of $50,886.00, plus any penalty interest due in accordance with FAR § 33.208.

## VI. PRAYER FOR RELIEF

**WHEREFORE**, plaintiff Sarang respectfully prays that this Court:

a) Assume jurisdiction of this case;

b) Award actual damages in the amount of $25,000.00 in accordance with terms of the original contract and the obligation for payment that arose on December 2, 2003 when the Forest Service executed a Certificate for Payment for Sarang's work as performed and accepted;

c) Award actual damages in the amount of $50,886.00 in accordance with the terms of the Settlement Agreement offered by the Forest Service and accepted by Sarang on October 14, 2005;

d) Award penalty interest on the combined actual damages claimed by Sarang in accordance with the requirements of the Prompt Payment Act (PPA), 31 USC § 3901 *et seq*., and FAR § 33.208;

e) Award plaintiff's costs and reasonable attorney's fees in accordance with the Equal Access to Justice Act (EAJA), 28 USC § 2412; and

f) Award such other relief as the court deems appropriate.

Dated this 5th day of July, 2006

J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for the Plaintiff

Phone (703) 726-0197
Fax (703) 726-0198