**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) Sarang Corporation **06-506 C**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): J. Cobbie de Graft, Esq.

Firm Name: Law Offices of J. Cobbie de Graft

Post Office Box: N/A

Street Address: 12801 Worldgate Drive, Suite 500

City-State-Zip: Herndon, Virginia 20170

Telephone & Facsimile Numbers: Ph (703) 726-0197 Fx (703) 726-0198

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☑ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 0 0
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A G R
See attached sheet for three-digit codes.

Amount Claimed: $ $75,886.00 plus penalty interest, costs & attorney's fees
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☑ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ ____________
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ____________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☑ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.