ORIGINAL

FILED
JUL 7 2006
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SARANG CORPORATION<br>Plaintiff | ) | |
| | ) | No. 06-506 C |
| v. | ) | |
| | ) | |
| THE UNITED STATES<br>Defendant | ) | |

## RCFC RULE 7.1 DISCLOSURE STATEMENT

In accordance with RCFC Rule 7.1, Sarang Corporation hereby submits as follows:

1. Sarang Corporation is a corporation with no parent corporation; and

2. There is no publicly held corporation that owns 10% or more of the stock of Sarang Corporation.

Respectfully submitted:

J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for Sarang Corporation

Phone (703) 726-0197
Fax (703) 726-0198