# In the United States Court of Federal Claims

**NOTICE**

**SARANG CORPORATION**

**No. 06-506 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., August 30, 2006**

To Attorney of Record, Assistant Attorney General, and Judge Braden:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed August 30, 2006, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop
Brian Bishop, Clerk