**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SARANG CORPORATION<br>Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-506 C |
| | ) | |
| THE UNITED STATES<br>Defendant | ) | |

**MOTION TO FILE AMENDED COMPLAINT**

Plaintiff filed the original complaint in this case on July 7, 2006. This motion to file an amended complaint is hereby submitted in accordance with RCFC 15(a). The purpose of the amended complaint is to address developments that have occurred between the parties since the date of the original complaint.

In the original complaint, Plaintiff requested this Court's assistance in the collection of final payment from the U.S. Department of Agriculture Forest Service (Forest Service) for construction work performed and completed under Contract No. 50-3434-1-1524. The specific amount of plaintiff's claim for the work performed was $75,886.00. This amount was claimed under two separate causes of action, the first for $25,000.00 and the second for $50,886.00. Plaintiff also included a demand for late payment interest in the original complaint, but did not specify an amount for this claim.

After receiving notice of the complaint, the Forest Service acknowledged Plaintiff's claims and proceeded to remit full payment of the contractual amount owed. The Forest sent payments of $25,000.00 and $50,886.00 to Plaintiff in two installments received on July 21 and August 15, 2006, respectively. However, the Forest Service failed to remit additional amounts owed to Plaintiff for late payment interest in

accordance with the requirements of the Prompt Payment Act (PPA), 31 USC § 3901 *et seq.*, and Federal Acquisition Regulation (FAR) § 33.208.

The only matter remaining to be addressed in this case, therefore, is the Forest Service's liability to Plaintiff for late payment interest that should have been remitted along with final payment of the 75,886.00 that it owed. The purpose of the amended complaint to present plaintiff's claims in regard to the late payment interest owed.

Plaintiff has also withdrawn its original demand for attorney's fees in this amended complaint since the question of whether such fees are owed will not arise until adjudication of this case is completed. Plaintiff intends to file appropriate claims for attorney's fees upon the successful adjudication of this case.

Respectfully submitted,

s/ J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for the Plaintiff

Phone (703) 726-0197
Fax (703) 726-0198

Date: October 13, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SARANG CORPORATION<br>Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-506 C |
| | ) | |
| THE UNITED STATES<br>Defendant | ) | |

**AMENDED COMPLAINT**

This amended complaint is filed in accordance with RCFC 15(a). The reason for this filing is because of new events having occurred since Sarang Corporation (Sarang) filed its original complaint on July 7, 2006.

**I. PRELIMINARY STATEMENT**

1. Sarang entered into a contract (Contract No. 50-3434-1-1524) with the US Department of Agriculture Forest Service (Forest Service) for the performance of certain construction services on May 11, 2001. Sarang completed the work under the contract on November 19, 2003. After several months of negotiations, the parties reached agreement regarding final payment for the work performed on October 14, 2005. However, the Forest Service failed to remit final payment on the work performed until after Sarang filed its original complaint on July 7, 2006. Sarang is therefore filing this amended complaint for the purposes of obtaining a declaratory judgment regarding the late status of the payments made by the Forest Service for the work performed. In addition, Sarang hereby demands late payment interest penalties on its original claims in accordance with the Prompt Payment Act (31 USC § 3901 et seq.),

## II. JURISDICTION

2. The jurisdiction of this Court is invoked pursuant to the Contract Disputes Act, 41 USC § 609(a).

## III. PARTIES

3. The plaintiff, Sarang Corporation, is a corporation organized under the laws of the State of Illinois, with its headquarters located at 409 Busse Road, Elk Grove Village, Illinois 60007.

4. The defendant is the U.S. Department of Agriculture (USDA) Forest Service, with its relevant program office located at 1400 Independence Avenue, SW, Washington, DC 20250. The current address of the Contracting Officer responsible for administration of the subject contract is 1621 North Kent Street, RPE, 701, Arlington, Virginia 22209.

## IV. FACTUAL ALLEGATIONS

5. Plaintiff entered into a contract with the USDA Forest Service for the performance of certain construction-related services on May 11, 2001. The work was to be performed at the Midewin National Tallgrass Prairie Administrative Site in Will County, Illinois.

6. Sarang satisfactorily performed the work under the contract and the final punchlist process was successfully completed on November 19, 2003. On December 2, 2003, the Forest Service signed a Certificate for Payment entitling Sarang to payment in the amount of $258,993.00. (Attachment #1). Acknowledging that the contract was 100% complete, the Forest Service nevertheless withheld $25,000.00 pending resolution

of a prior claim that had been filed by Sarang via letter dated June 25, 2003 regarding extra work performed on the contract (discussed further under paragraph 7, below). The $25,000.00 withheld by the Forest Service was never actually in dispute. However, this amount was not remitted to Sarang until July 21, 2006, after the filing of Sarang's original complaint in this Court. (Attachment #3).

7. As mentioned in paragraph 6, Sarang filed a claim via letter dated June 25, 2003 for $198,263.00 based on extra work performed as a result of changes directed by the Forest Service on the project. (Attachment #2). On July 19, 2005 the Forest Service issued a settlement offer on this claim in the amount of $50,886.00. This offer was accepted by Sarang through a signed Settlement Agreement and Contract Release dated October 14, 2005. This settlement amount was not remitted until August 15, 2006, after the filing of Sarang's original complaint in this Court. (Attachment #3).

## V. FIRST CAUSE OF ACTION

8. The Forest Service's failure to remit timely payment in the amount of $25,000.00 to Sarang for work successfully completed and accepted amounts to a violation of terms of the contract as executed between the parties. The Forest Service is therefore liable to Sarang in the amount of $2,683.00 for late payment penalty interest due in accordance with Federal Acquisition Regulation (FAR) § 33.208.

9. Sarang's calculation of the late payment interest due by the Forest Service under this cause of action is based on the monthly compounding interest formula mandated under 5 CFR Section 1315.17(c) using the following information:

| | |
|---|---|
| **Amount of Principal (see Attachment #1)** | **$25,000.00** |
| **Date of invoice acceptance by Forest Service (see Attachment #1)** | **December 2, 2003** |
| **Date payment became due (calculated per 5 CFR §1315.10(a)(1))** | **January 1, 2004** |
| **Prompt Payment interest rate as of January 2, 2004 (calculated per 5 CFR §1315.10(a)(1))** | **4.0 %** |
| **Date of actual payment (see Attachment #3)** | **July 21, 2006** |
| **Number of months / days late (actual)** | **30 months / 19 days** |
| **Number of months / days late (adjusted per 5 CFR §1315.10(a)(5))** | **12 months / 0 days** |
| **Amount Due (calculated per 5 CFR §1315.17(c))**** | **$2,683.00** |

***Note: Calculations were conducted using U.S. Treasury Department's online Prompt Payment Calculator, available at http://www.fms.treas.gov/prompt/ppcalc2.html*

## VI. SECOND CAUSE OF ACTION

10. The Forest Service's failure to remit payment in the amount of $50,886.00 to Sarang per the terms of the parties' Settlement Agreement amounts to a violation of the government's obligation to issue payment as arising by application of FAR § 33.210. The Forest Service is therefore liable to Sarang in the amount of $1,756.55 for late payment interest penalty due in accordance with FAR § 33.208.

11. Sarang's calculation of the late payment penalty interest due by the Forest Service under this Cause of Action is based on the monthly compounding interest formula mandated under 5 CFR Section 1315.17(c) using the following information:

| | |
|---|---|
| **Amount of Principal (see Attachment #2)** | **$50,886.00** |
| **Date of invoice acceptance by Forest Service (see Attachment #2)** | **October 14, 2005** |
| **Date payment became due (calculated per 5 CFR §1315.10(a)(1))** | **November 13, 2005** |
| **Prompt Payment interest rate as of November 14, 2005 (calculated per 5 CFR §1315.10(a)(1))** | **4.5 %** |
| **Date of actual payment (see Attachment #3)** | **August 15, 2006** |
| **Number of months / days late (actual)** | **9 months / 2 days** |
| **Number of months / days late (adjusted per 5 CFR §1315.10(a)(5))** | **9 months / 2 days** |
| **Amount Due (calculated per 5 CFR §1315.17(c))**** | **$1,756.55** |

***Note: Calculations were conducted using U.S. Treasury Department's online Prompt Payment Calculator, available at http://www.fms.treas.gov/prompt/ppcalc2.html*

## VI. PRAYER FOR RELIEF

**WHEREFORE**, plaintiff Sarang respectfully prays that this Court:

a) Assume jurisdiction of this case;

b) Issue a declaratory judgment acknowledging that the payments issued by the Forest Service on July 21st and August 15th, 2006, respectively, were indeed "late payments" as defined by the Prompt Payment Act (PPA), 31 USC § 3901 *et seq*., even though remitted during the intervening period since Sarang filed its original complaint.

c) Award late payment interest damages in the amount of $2,683.00 under the first cause of action as required by the PPA and Federal Acquisition Regulation (FAR) § 33.208;

d) Award late payment interest damages in the amount of $1,756.55 under the second cause of action as required by the PPA and FAR § 33.208; and

e) Award such other relief as the Court deems appropriate.

Dated this 13th day of October, 2006

s/ J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for the Plaintiff

Phone (703) 726-0197
Fax (703) 726-0198

# ATTACHMENT A

# ..PPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702* PAGE ONE OF PAGES

..O OWNER Monongahela National Forest
200 Sycamore Street
Elkins, WV 26241

PROJECT: Midewin National Tallgrass
Prairie Administrative Site
Will County, Illinois

APPLICATION NO: 19

Distribution to:
- [x] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR

PERIOD TO: December 19,2002
January 17 2003

..ROM CONTRACTOR:
..ARANG CORPORATION
..5 BUSSE ROAD
..K GROVE VILLAGE, IL - 60009

CONTRACTING OFFICER:
MARY E. SAINTLOUIS
200 SYCAMORE STREET
ELKINS, WV 26241

PROJECT NOS: 50-3434-1-1524

..ONTRACT FOR:

CONTRACT DATE: MAY 11 2001

## ..CONTRACTOR'S APPLICATION FOR PAYMENT

..pplication is made for payment, as shown below, in connection with the Contract.
..ontinuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| ORIGINAL CONTRACT SUM | $ | 2,964,028.00 ✓ |
| Net change by Change Orders | $ | 416,255.00 ✓ |
| CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 3,380,283.00 ✓ |
| TOTAL COMPLETED & STORED TO DATE (Column G on G703) | | 3,380,283.00 ✓ |
| RETAINAGE: | | |
| a. ____ % of Completed Work (Column D + E on G703) | $ | 0 |
| b. 0 % of Stored Material (Column F on G703) | $ | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 3,380,283.00 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 3,096,290.00 |
| CURRENT PAYMENT DUE | $ | 283,993.00 |
| BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $446,255.00 | |
| Total approved this Month | | ($30,000.00) |
| TOTALS | $446,255.00 | ($30,000.00) |
| NET CHANGES by Change Order | $416,255.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: SARANG CORPORATION

By: [signature] Date: March 17 2003 *

* PER CONTRACTING OFFICER'S DIRECTION, THIS INVOICE WAS HELD UNTIL PUNCH LIST WAS COMPLETED. COMPLETION OF PUNCH LIST OCCURRED ON: 11-19-2003.

## CONTRACTING OFFICER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........... $ 258,993.00 **

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*

CONTRACTING OFFICER:

By: M. Saint Louis Date: 12-02-2003

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

..IA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
..Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

** Work is 100% complete. Withholding of $25,000 pending final calculation of request for adjustment including late penalty.
M. Saint Louis

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 19
APPLICATION DATE: December 19 2002
PERIOD TO: January 17 2003
ARCHITECT'S PROJECT NO: 50-3434-1-1524

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| **A** | **General** | | | | | | | | |
| 1 | Performance & Payment Bond | $32,212.00 | $32,212.00 | $0.00 | | $32,212.00 | 100.00% | | $0.00 |
| 2 | Certificate of Insurance | $37,016.00 | $37,016.00 | $0.00 | | $37,016.00 | 100.00% | | $0.00 |
| 3 | Mobilization | $33,000.00 | $33,000.00 | $0.00 | | $33,000.00 | 100.00% | | $0.00 |
| 4 | Supervision | $78,000.00 | $78,000.00 | $0.00 | | $78,000.00 | 100.00% | | $0.00 |
| 5 | Project Management | $93,600.00 | $93,600.00 | $0.00 | | $93,600.00 | 100.00% | | $0.00 |
| 6 | Design & Architectural fees | $60,000.00 | $60,000.00 | $0.00 | | $60,000.00 | 100.00% | | $0.00 |
| 7 | Temporary Facilities | $90,000.00 | $90,000.00 | $0.00 | | $90,000.00 | 100.00% | | $0.00 |
| 8 | Field Enigneering | $30,000.00 | $30,000.00 | $0.00 | | $30,000.00 | 100.00% | | $0.00 |
| **B** | **Site Grading** | | | | | | | | |
| 1 | Minor Demolition | $15,750.00 | $15,750.00 | $0.00 | | $15,750.00 | 100.00% | | $0.00 |
| 2 | Site Clearing | $18,000.00 | $18,000.00 | $0.00 | | $18,000.00 | 100.00% | | $0.00 |
| 3 | Grading | $36,000.00 | $36,000.00 | $0.00 | | $36,000.00 | 100.00% | | $0.00 |
| 4 | Excavation | $27,000.00 | $27,000.00 | $0.00 | | $27,000.00 | 100.00% | | $0.00 |
| 5 | Fill & Backfill | $60,000.00 | $60,000.00 | $0.00 | | $60,000.00 | 100.00% | | $0.00 |
| 6 | Aggregate Sub Base Course | $135,000.00 | $135,000.00 | $0.00 | | $135,000.00 | 100.00% | | $0.00 |
| 7 | Bituminous Surface Paving | $75,000.00 | $75,000.00 | $0.00 | | $75,000.00 | 100.00% | | $0.00 |
| 8 | Concrete Paving | $30,000.00 | $30,000.00 | $0.00 | | $30,000.00 | 100.00% | | $0.00 |
| 9 | Concrete Curbs | $18,000.00 | $18,000.00 | $0.00 | | $18,000.00 | 100.00% | | $0.00 |
| **C** | **Headquarter Office Building** | | | | | | | | |
| 1 | Excavation & Backfilling | $80,000.00 | $80,000.00 | $0.00 | | $80,000.00 | 100.00% | | $0.00 |
| 2 | Site Amenities | $20,000.00 | $20,000.00 | $0.00 | | $20,000.00 | 100.00% | | $0.00 |
| 3 | Cast-in-Place Concrete Footing | $17,500.00 | $17,500.00 | $0.00 | | $17,500.00 | 100.00% | | $0.00 |
| 4 | Cast-in-Place Concrete Fdn Walls | $50,000.00 | $50,000.00 | $0.00 | | $50,000.00 | 100.00% | | $0.00 |
| 5 | Cast-in-Place Concrete Slab | $52,000.00 | $52,000.00 | $0.00 | | $52,000.00 | 100.00% | | $0.00 |
| 6 | Stone Veneer | $63,000.00 | $63,000.00 | $0.00 | | $63,000.00 | 100.00% | | $0.00 |
| 7 | Stone Pavers | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| 8 | Structural Steel | $24,000.00 | $24,000.00 | $0.00 | | $24,000.00 | 100.00% | | $0.00 |
| 9 | Metal Fabrication | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| 10 | Rough Carpentry | $190,000.00 | $190,000.00 | $0.00 | | $190,000.00 | 100.00% | | $0.00 |
| 11 | Fiberboard | $16,000.00 | $16,000.00 | $0.00 | | $16,000.00 | 100.00% | | $0.00 |
| 12 | Prefabricated Structural Wood | $98,000.00 | $98,000.00 | $0.00 | | $98,000.00 | 100.00% | | $0.00 |
| 13 | Laminates | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| 14 | Siding | $18,000.00 | $18,000.00 | $0.00 | | $18,000.00 | 100.00% | | $0.00 |

# CONTINUATION SHEET

AIA DOCUMENT G703

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 19
APPLICATION DATE: December 19 2002
PERIOD TO: January 17 2003
ARCHITECT'S PROJECT NO: 50-3434-1-1524

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 15 | Interior Trimwork | $36,000.00 | $36,000.00 | $0.00 | | $36,000.00 | 100.00% | | $0.00 |
| 16 | Building Insulation | $21,000.00 | $21,000.00 | $0.00 | | $21,000.00 | 100.00% | | $0.00 |
| 17 | EIFS | $16,000.00 | $16,000.00 | $0.00 | | $16,000.00 | 100.00% | | $0.00 |
| 18 | Shingles | $61,200.00 | $61,200.00 | $0.00 | | $61,200.00 | 100.00% | | $0.00 |
| 19 | Rubberised Ice Dam Protection | $4,500.00 | $4,500.00 | $0.00 | | $4,500.00 | 100.00% | | $0.00 |
| 20 | Flashing & Sheet Metal | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 21 | Prefinished Metal Vents | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 22 | Sealants & Caulking | $4,500.00 | $4,500.00 | $0.00 | | $4,500.00 | 100.00% | | $0.00 |
| 23 | Steel Doors | $4,000.00 | $4,000.00 | $0.00 | | $4,000.00 | 100.00% | | $0.00 |
| 24 | Steel Frames | $6,150.00 | $6,150.00 | $0.00 | | $6,150.00 | 100.00% | | $0.00 |
| 25 | Wood Doors | $7,500.00 | $7,500.00 | $0.00 | | $7,500.00 | 100.00% | | $0.00 |
| 26 | Skylights | $4,000.00 | $4,000.00 | $0.00 | | $4,000.00 | 100.00% | | $0.00 |
| 27 | Coiling Grilles | $4,000.00 | $4,000.00 | $0.00 | | $4,000.00 | 100.00% | | $0.00 |
| 28 | Windows | $57,000.00 | $57,000.00 | $0.00 | | $57,000.00 | 100.00% | | $0.00 |
| 29 | Door Hardware | $24,000.00 | $24,000.00 | $0.00 | | $24,000.00 | 100.00% | | $0.00 |
| 30 | Glazing | $6,300.00 | $6,300.00 | $0.00 | | $6,300.00 | 100.00% | | $0.00 |
| 31 | Gypsum Wallboard | $60,000.00 | $60,000.00 | $0.00 | | $60,000.00 | 100.00% | | $0.00 |
| 32 | Ceramic Tiles | $24,000.00 | $24,000.00 | $0.00 | | $24,000.00 | 100.00% | | $0.00 |
| 33 | Suspended Acoustical Ceiling | $32,000.00 | $32,000.00 | $0.00 | | $32,000.00 | 100.00% | | $0.00 |
| 34 | Stone Flooring | $5,000.00 | $5,000.00 | $0.00 | | $5,000.00 | 100.00% | | $0.00 |
| 35 | Resilient Flooring | $3,600.00 | $3,600.00 | $0.00 | | $3,600.00 | 100.00% | | $0.00 |
| 36 | Carpeting | $37,500.00 | $37,500.00 | $0.00 | | $37,500.00 | 100.00% | | $0.00 |
| 37 | Painting | $30,000.00 | $30,000.00 | $0.00 | | $30,000.00 | 100.00% | | $0.00 |
| 38 | Wall Covering | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 39 | Chalkboards & Tackboards | $3,000.00 | $0.00 | $3,000.00 | | $3,000.00 | 100.00% | | $0.00 |
| 40 | Flagpoles | $7,800.00 | $7,800.00 | $0.00 | | $7,800.00 | 100.00% | | $0.00 |
| 41 | Signs | $5,000.00 | $0.00 | $5,000.00 | | $5,000.00 | 100.00% | | $0.00 |
| 42 | Partitions | $8,000.00 | $8,000.00 | $0.00 | | $8,000.00 | 100.00% | | $0.00 |
| 43 | Toilet & Bath Accessories | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 44 | Cabinets | $45,000.00 | $31,500.00 | $13,500.00 | | $45,000.00 | 100.00% | | $0.00 |
| 45 | Mats | $3,600.00 | $3,600.00 | $0.00 | | $3,600.00 | 100.00% | | $0.00 |
| 46 | Lifts | $22,000.00 | $22,000.00 | $0.00 | | $22,000.00 | 100.00% | | $0.00 |
| 47 | Plumbing | $75,000.00 | $75,000.00 | $0.00 | | $75,000.00 | 100.00% | | $0.00 |

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing
Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 19
APPLICATION DATE: December 19 2002
PERIOD TO: January 17 2003
ARCHITECT'S PROJECT NO: 50-3434-1-1524

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 48 | Fire Protection | $10,000.00 | $9,500.00 | $500.00 | | $10,000.00 | 100.00% | | $0.00 |
| 49 | HVAC | $201,500.00 | $199,925.00 | $1,575.00 | | $201,500.00 | 100.00% | | $0.00 |
| 50 | Electrical | $280,000.00 | $277,000.00 | $3,000.00 | | $280,000.00 | 100.00% | | $0.00 |
| D | **Admin Site Water & Dist System** | | | | | | | | |
| 1 | Water Distribution System | $6,000.00 | $0.00 | $6,000.00 | | $6,000.00 | 100.00% | | $0.00 |
| 2 | Water Well Drilling | $14,000.00 | $0.00 | $14,000.00 | | $14,000.00 | 100.00% | | $0.00 |
| 3 | Submersible Pump & Control | $5,300.00 | $0.00 | $5,300.00 | | $5,300.00 | 100.00% | | $0.00 |
| E | **Admin Site Waste Water System** | | | | | | | | |
| 1 | Earthwork | $18,000.00 | $0.00 | $18,000.00 | | $18,000.00 | 100.00% | | $0.00 |
| 2 | Wetland Cell Liner | $6,000.00 | $0.00 | $6,000.00 | | $6,000.00 | 100.00% | | $0.00 |
| 3 | Aggregates | $3,000.00 | $0.00 | $3,000.00 | | $3,000.00 | 100.00% | | $0.00 |
| 4 | Absorptrion Trenches | $3,000.00 | $0.00 | $3,000.00 | | $3,000.00 | 100.00% | | $0.00 |
| 5 | Piping & Fittings | $1,500.00 | $0.00 | $1,500.00 | | $1,500.00 | 100.00% | | $0.00 |
| 6 | Distribution & Level Adjusting Sumps | $4,500.00 | $0.00 | $4,500.00 | | $4,500.00 | 100.00% | | $0.00 |
| 7 | Constructrd Wetland Planting | $9,000.00 | $0.00 | $9,000.00 | | $9,000.00 | 100.00% | | $0.00 |
| 8 | Precast Concrtet Tanks & Accessories | $12,000.00 | $0.00 | $12,000.00 | | $12,000.00 | 100.00% | | $0.00 |
| 9 | Effluent Dosing Pump | $12,000.00 | $0.00 | $12,000.00 | | $12,000.00 | 100.00% | | $0.00 |
| 10 | Effluent Dosing Pump Controls | $9,000.00 | $0.00 | $9,000.00 | | $9,000.00 | 100.00% | | $0.00 |
| F | **Site Lighting** | | | | | | | | |
| 1 | Electrical | $55,500.00 | $55,500.00 | $0.00 | | $55,500.00 | 100.00% | | $0.00 |
| G | **Machine Storage Building** | | | | | | | | |
| 1 | Site Conditions | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 2 | Site Preparations & Construction | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 3 | Base Course | $9,000.00 | $9,000.00 | $0.00 | | $9,000.00 | 100.00% | | $0.00 |
| 4 | Doors | $1,200.00 | $1,200.00 | $0.00 | | $1,200.00 | 100.00% | | $0.00 |
| 5 | Hardware & Specialities | $1,800.00 | $1,800.00 | $0.00 | | $1,800.00 | 100.00% | | $0.00 |
| 6 | Pre Engineered Structures | $94,000.00 | $94,000.00 | $0.00 | | $94,000.00 | 100.00% | | $0.00 |
| 7 | Electrical | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| H | **Modification # 1 Windows** | | | | | | | | |
| 1 | Substitution for Pella Windows | $10,000.00 | $10,000.00 | $0.00 | | $10,000.00 | 100.00% | | $0.00 |
| I | **Modification # 1 Electrical** | | | | | | | | |
| 1 | 5" & 4" conduits as per ComEd | $14,374.00 | $14,374.00 | $0.00 | | $14,374.00 | 100.00% | | $0.00 |
| J | **Modification # 1 Multi Use Bldg.** | | | | | | | | |

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 19
APPLICATION DATE: December 19 2002
PERIOD TO: January 17 2003
ARCHITECT'S PROJECT NO: 50-3434-1-1524

| A<br>ITEM NO. | B<br>DESCRIPTION OF WORK | C<br>SCHEDULED VALUE | D<br>WORK COMPLETED<br>FROM PREVIOUS APPLICATION (D + E) | E<br>THIS PERIOD | F<br>MATERIALS PRESENTLY STORED (NOT IN D OR E) | G<br>TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | H<br>BALANCE TO FINISH (C - G) | I<br>RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | General Conditions | $45,000.00 | $45,000.00 | $0.00 | | $45,000.00 | 100.00% | | $0.00 |
| 2 | Design & Architectural fees | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| 3 | Site Work | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 4 | Concrete | $39,000.00 | $39,000.00 | $0.00 | | $39,000.00 | 100.00% | | $0.00 |
| 5 | Structural Steel | $12,000.00 | $12,000.00 | $0.00 | | $12,000.00 | 100.00% | | $0.00 |
| 6 | Interior Trimwork | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 7 | Sealants & Caulking | $2,400.00 | $2,400.00 | $0.00 | | $2,400.00 | 100.00% | | $0.00 |
| 8 | Steel Doors | $1,800.00 | $1,800.00 | $0.00 | | $1,800.00 | 100.00% | | $0.00 |
| 9 | Steel Frames | $1,500.00 | $1,500.00 | $0.00 | | $1,500.00 | 100.00% | | $0.00 |
| 10 | Wood Doors | $2,700.00 | $2,700.00 | $0.00 | | $2,700.00 | 100.00% | | $0.00 |
| 11 | Overhead Doors | $4,800.00 | $4,800.00 | $0.00 | | $4,800.00 | 100.00% | | $0.00 |
| 12 | Windows | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 13 | Hardware & Specialities | $3,181.00 | $3,181.00 | $0.00 | | $3,181.00 | 100.00% | | $0.00 |
| 14 | Gypsum Wallboard | $10,500.00 | $10,500.00 | $0.00 | | $10,500.00 | 100.00% | | $0.00 |
| 15 | VCT | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 16 | Painting | $7,500.00 | $7,500.00 | $0.00 | | $7,500.00 | 100.00% | | $0.00 |
| 17 | FRP Panels | $7,500.00 | $7,500.00 | $0.00 | | $7,500.00 | 100.00% | | $0.00 |
| 18 | Chainlink Partitions | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 19 | Toilet & Bath Accessories | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 20 | Pre Engineered Structures | $111,000.00 | $111,000.00 | $0.00 | | $111,000.00 | 100.00% | | $0.00 |
| 21 | Plumbing | $40,000.00 | $40,000.00 | $0.00 | | $40,000.00 | 100.00% | | $0.00 |
| 22 | HVAC | $40,000.00 | $39,500.00 | $500.00 | | $40,000.00 | 100.00% | | $0.00 |
| 23 | Electrical | $54,000.00 | $51,000.00 | $3,000.00 | | $54,000.00 | 100.00% | | $0.00 |
| K | Modification # 2 | | | | | | | | |
| | Deletion well water & waste | ($103,300.00) | | ($103,300.00) | | ($103,300.00) | | | |
| | Misc.Additions | $73,300.00 | | $73,300.00 | | $73,300.00 | | | |
| | **GRAND TOTALS** | $3,380,283.00 | $3,276,908.00 | $103,375.00 | $0.00 | $3,380,283.00 | 100.00% | $0.00 | $0.00 |

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

# ATTACHMENT B

# SARANG CORPORATION

June 25, 2003

Ms. Mary E. Saint Louis
Contracting Officer
U. S. Department of Agriculture Forest Service
Monongahela National Forest
200 Sycamore Street, Room 315, Elkins, WV 26241-3962

Re: Midewin National Tallgrass Prairie Administration Complex

Dear Ms. Saint Louis,

In reference to the above contract we request additional sums in the amount of One hundred and ninety eight thousand two hundred and sixty three dollars ($198,263.00) that were incurred due to changes in the scope of work as directed by the COR and extra costs associated with changes in field conditions.

Extra Costs incurred are itemized below:

| | | |
|---|---|---|
| 1. | Changes made to Reception Desk | $ 4,530.00 |
| 2. | Changes made to light fixtures in Visitor's Room | $ 469.00 |
| 3. | Additional Costs for Relocating HVAC Units in Multiuse bldg | $ 9,093.00 |
| 4. | Additional ceramic Tiles in Corridor 32 & 33 in lieu of carpet | $ 1,800.00 |
| 5. | Vinyl floor in Mechanical Room in lieu of sealed floor | $ 399.00 |
| 6. | Costs for Leveling Floor in Visitors Room | $ 2,628.00 |
| 7. | Costs for Rerouting HVAC refrigerant Pipes to AC units | $ 2,880.00 |
| 8. | Temporary Water for starting mechanical systems | $ 3,374.00 |
| 9. | Additional PGE for South Parking Lot | $ 6,680.00 |
| 10. | Additional Clay hauled in excess of design quantities | $ 59,300.00 |
| 11. | Miscellaneous Items | $ 3,897.00 |
| 12. | Extended Overhead and Gen Conditions for time extensions | $106,093.00 |
| | **Total Amount Requested** | **$198,263.00** |

A detailed explanation of each item and backup documentation is provided in the following attachments.

After you have reviewed this, we would like to meet with you to resolve this as soon as possible. Please contact me if you need any additional information.

Sincerely,

Sarang Corporation
Bineet S. Sarang, President

Encl: supporting documents

415 Busse Road, Elk Grove Village, IL 60007 • Tel: (847) 806 0200 • Fax: (847) 806 7002

FS-6300-16 (11/90)

| USDA - Forest Service<br><br>**CONTRACT RELEASE**<br>*(Reference FSH 6309.11)* | CONTRACT NUMBER<br>50-3434-1-1524<br>UNIT<br>Midewin National Tallgrass Prairie (MNTP)<br>PROJECT<br>MNTP Administrative Site |
|---|---|
| TO:<br><br>Mary E. Saint Louis<br>**CONTRACTING OFFICER** | NAME AND ADDRESS OF CONTRACTOR<br>Sarang Corporation<br>ATTN: Bineet Sarang<br>409 Busse Road<br>Elk Grove Village, IL 60007 |

In consideration of the receipt of final payment in the amount of $ 50,886.00 the undersigned hereby releases the United States of America from any and all obligations arising under this contract and any modifications thereof except as reserved below.

Reservations:

$25,000 remaining on original contract.

10/14/05
Date *(mm/dd/yyyy)*

[signature]
Contractor

By Bineet Sarang

Title President

Microsoft Word 2000

**Settlement Agreement**

On behalf of Sarang Corporation, I hereby accept your settlement offer of July 19, 2005, in the amount of $50,886.00 for full accord and satisfaction of all amounts to which Sarang Corporation is entitled to in payment of the Request for Equitable Adjustment under Contract Number 50-3434-1-1524. In addition to this Settlement Agreement, I have executed and returned the enclosed Invoice and Contract Release.

Bineet Sarang
President, Sarang Corporation

10/14/05
Date

# FINAL INVOICE

**Sarang Corporation**
**409 Busse Road**
**Elk Grove Village, IL 60007**

**Contract Number 50-3434-1-1524, Midewin National Tallgrass Prairie Administrative Site**

**1 Lump Sum, Settlement Agreement** **$50,886.00**

**Requested By:**

[signature] 10/14/05

**Bineet Sarang**
**President**

**Date**

**Approved By:**

**Mary E. Saint Louis**
**Contracting Officer**

**Date**

United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Avenue, SW
Washington, DC 20250

File Code: 6320
Date: July 19, 2005

Sarang Corporation
ATTN: Bineet Sarang, President
409 Busse Road
Elk Grove Village, IL 60007

Re: Contract Claim; Contract Number 50-3434-1-1524

Dear Mr. Sarang:

As indicated in my letter dated May 11, 2005, I am in receipt of your certified claim in the amount of $198,263.00. Since we have not been able to connect by phone to discuss this issue, I am again writing. I would like to continue discussions with you so that we can avoid the necessity of pursuing your claim through the court system.

As such, I am providing you with this potential settlement. Although I believe the Government provided a fair settlement to you previously, I do believe there is room for a difference of opinion in some areas. Therefore, I am willing to offer you $50,886.00 in full settlement of your claim. This cost is based on the full cost of the reception desk, one-half the cost of the temporary water, the additional PGE for the South Parking Lot, $989.00 for the Miscellaneous Items, the full request for the temporary facilities, and one-half the supervision and one-quarter the project manager costs requested in the Request for Equitable Adjustment.

If you are in agreement with this settlement proposal, please review and sign the enclosed forms. If you are not in agreement, the proposal is withdrawn and you will need to file with the Agency Board of Contract Appeals or the United States Court of Claims.

This letter constitutes the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Office from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to the appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. The address for the agency board of contract appeals is: USDA Board of Contract Appeals, United States Department of Agriculture, 2916 South Building, Washington, DC 20250-0601. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

If you have any questions or concerns, please feel free to contact me directly at 703/605-5309 or fax at 703/605-5100. My new address is USDA, Forest Service; 1621 North Kent Street, RPE, 701; Arlington, VA 22209.

Sincerely,

M. Saint Louis

Mary E. Saint Louis
Contracting Officer

cc: N.Vrevich, COR

# ATTACHMENT C

409 BUSSE ROAD
ELK GROVE VILLAGE
ILLINOS 60007
Phone: 847 806 0200
Fax: 847 806 0256

**SARANG CORPORATION**

# Fax

| | | | |
|---|---|---|---|
| **To:** J. Cobbie De Graft | | **From:** Bineet Sarang | |
| **Fax:** 703-726-0198 | | **Pages:** 2 | |
| **Phone:** 703-726-0197 | | **Date:** 8/28/06 | |
| **Re:** Midewin Tallgrass Pymt | | **CC:** | |

☐ **Urgent** ☑ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments:**

we reeived one payment on 7/21/06 for $25,000.00 and 2nd payment on 8/15/06 for $50,886.00