# In the United States Court of Federal Claims

No. 06-506C
Filed October 18, 2006

*************************************

SARANG CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

Pursuant to RCFC 15(a), the court hereby grants Plaintiff's October 13, 2006 Motion to File Amended Complaint.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**