IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SARANG CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-506<br>(Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 30 days, to and including December 6, 2006, within which to respond to the complaint. Our response is presently due on November 6, 2006. This is our second request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

As a result of discussions with both plaintiff's counsel and agency counsel, and based on the documentation provided in connection with the plaintiff's amended complaint filed October 13, 2006, the undersigned counsel continues to believe that this case may be resolved through an agreement of the parties. We anticipate that an additional 30 days will be required to collect and review any additional documents relevant to the issues, conduct discussions between the parties and obtain approval should an agreement be reached.

For the foregoing reasons, defendant requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

October 30, 2006

CERTIFICATE OF FILING

I hereby certify that on this 30th day of October, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler