IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SARANG CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-506 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 30 days, to and including January 5, 2007, within which to respond to the complaint. Our response is presently due on December 6, 2006. This is our third request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

As stated in our prior motions, the parties have been actively engaged in settlement discussions, the most recent such discussion taking place on November 29, 2006. The parties concluded on November 29 that, although settlement of this matter remains a possibility, the best way to move the matter toward resolution would be for the Government to respond to the plaintiff's complaint.

Defendant's counsel had not, prior to November 29, prepared a response to plaintiff's complaint because he believed settlement might occur before a response was due and because of other pressing matters. In the course of the two weeks preceding December 7, 2006, defendant's counsel was responsible for

preparing for oral argument before the United States Court of Appeals for the Federal Circuit in Regatta Bay, Ltd. v. United States (Fed. Cir. No. 06-5061; argued on December 6, 2006) and Fernand v. Treasury (Fed. Cir. No. 06-3082; argument scheduled December 7, 2006). Both cases were transferred to defendant's counsel from other attorneys, and he was substantially unable to prepare for them prior to November 10, 2006. During the same two week period, defendant's counsel was responsible for filing a brief in Leigh v. Department of Veterans Affairs (Fed. Cir. No. 06-7169; brief filed November 28, 2006) and a motion to dismiss in Garreaux v. United States (Fed. Cl. No. 06-502; motion filed December 4, 2006).

Defendant's counsel called plaintiff's counsel to obtain his consent to an enlargement of time on November 30, 2006. Defendant's counsel was not able to reach plaintiff's counsel, however, until the afternoon of December 5, 2006, and thus did not obtain plaintiff's consent to this motion until then. The Government therefore delayed the filing of this motion in an effort to obtain plaintiff's prior consent.

We anticipate that an additional 30 days will be required to prepare a response to plaintiff's complaint and to obtain agency review and internal review and approval.

For the foregoing reasons, defendant requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

December 6, 2006

CERTIFICATE OF FILING

I hereby certify that on this 6th day of December, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler