# In the United States Court of Federal Claims

No. 06-506C
Filed December 7, 2006

**************************************
*
SARANG CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

Pursuant to RCFC 6.1, the court hereby grants the Government's Unopposed Motion For An Enlargement of Time. The Government's response to Plaintiff's October 13, 2006 Amended Complaint is due on January 8, 2007.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**