**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SARANG CORPORATION<br>Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-506 C |
| | ) | |
| THE UNITED STATES<br>Defendant | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

This motion is filed pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"). Plaintiff hereby requests an enlargement of time of seven (7) days, up to and including February 15, 2007, within which to file its response to defendant's motion to dismiss. This is plaintiff's first motion for enlargement of time with regard to this filing.

This motion is occasioned by a conflict in plaintiff's attorney's schedule on an unrelated legal matter requiring the preparation and filing of evidentiary documents for submission to the U.S. Small Business Administration by February 12, 2007. This modest request for an extension of time will enable plaintiff's attorney to prepare and submit an appropriate response to defendant's motion to dismiss.

Defendant's counsel has been contacted and does not oppose this request.

For the foregoing reason, plaintiff requests this Court to grant this unopposed motion for enlargement of time.

Respectfully submitted,

s/ J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for the Plaintiff

Phone (703) 726-0197
Fax (703) 726-0198

Date: February 8, 2007