# In the United States Court of Federal Claims

No. 06-506C
Filed February 20, 2007

*************************************
SARANG CORPORATION,
Plaintiff,
v.
THE UNITED STATES,
Defendant.
*************************************

## ORDER

Pursuant to RCFC 15(a), the court hereby grants Plaintiff's February 20, 2007 Motion to Amend Plaintiff's Response to the Government's January 8, 2007 Motion to Dismiss and orders that Plaintiff's February 15, 2007 Response be stricken from the record. Plaintiff must promptly file the Amended Response.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**