IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SARANG CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-506<br>(Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 30 days, to and including April 4, 2007, within which to reply to plaintiff's response to defendant's motion to dismiss. Our reply presently is due on March 5, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Defendant's counsel's first child was born on February 14, 2007, more than two and a half weeks prior to the child's due date. Counsel returned to the office on February 28, 2007 after two weeks paternity leave, during which plaintiff filed its response to defendant's motion to dismiss. Defendant's counsel requires additional time to review plaintiff's response, to obtain agency comment on the response and to draft and obtain internal approval of the defendant's reply. We anticipate that an additional 30 days will be required to prepare a reply to plaintiff's response and to obtain agency review and internal review and approval.

For the foregoing reasons, defendant requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

March 1, 2007

CERTIFICATE OF FILING

I hereby certify that on this 1st day of March 2007, a copy of the foregoing "DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler