IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SARANG CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-506<br>(Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 7 days, to and including April 18, 2007, within which to submit a reply to plaintiff's response to defendant's motion to dismiss the complaint. Our reply presently is due on April 11, 2007. This is our third request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

The Government alerted the Court one week ago that the parties recently had engaged in additional settlement discussions and requested an enlargement of time in order to continue those discussions. During the time that the settlement discussions were being conducted, the Government suspended its work on its reply brief. It became apparent on Tuesday, April 10, 2007, however, that those discussions would not result in settlement of this matter. The Government therefore requests an enlargement of seven days in order to complete the preparation of, and obtain internal review and approval of, its reply brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

April 11, 2007

## CERTIFICATE OF FILING

I hereby certify that on this 11TH day of April 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler