# In the United States Court of Federal Claims

No. 06-506C
Filed April 12, 2007

*************************************
SARANG CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

The court hereby grants the Government's April 11, 2007 Unopposed Motion for an Enlargement of Time. The Government's Reply to Plaintiff's March 5, 2007 Response to the Government's January 8, 2007 Motion to Dismiss is due on or before April 18, 2007.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**