**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SARANG CORPORATION<br>Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-506 C |
| | ) | |
| THE UNITED STATES<br>Defendant | ) | |

**MOTION FOR EXTENSION OF STAY ON PROCEEDINGS**

In accordance with Rules 6 and 52.2(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff hereby moves this Court for an extension of stay on proceedings in this action of sixty (60) days, up to and including October 22, 2007. The grounds for this motion are as follows:

1. On August 8, 2007, Plaintiff's counsel contacted the Contracting Officer at USDA Forest Service by telephone to determine whether automatic remittance of late payment interest under the Prompt Payment Act ("PPA") would be issued pursuant to 13 CFR §1315.10(b)(2) and FAR Subpart 32.907(a). The Contracting Officer indicated that, to the best of her knowledge, the Forest Service did not intend to issue automatic payment of PPA interest.

2. On August 17, 2007, Sarang Corporation filed a claim for late payment interest with the Forest Service including a request for final agency decision. Plaintiff's counsel also delivered a copy of the claim letter via e-mail to Defendant's counsel.

3. On August 20, 2007, Plaintiff's counsel contacted Defendant's counsel by telephone to verify receipt of Sarang's claim letter. Defendant's counsel confirmed receipt of the claim letter. In this conversation, the parties agreed to file a motion for

extension of stay with the Court to give the Forest Service time to review the claim and issue a final decision. Defendant's counsel requested sixty (60) days to review Sarang's claim, and Plaintiff's counsel agreed to this request.

For the foregoing reasons, Plaintiff requests this Court to grant this unopposed motion for extension of stay. It is agreed between the parties that, in accordance with RCFC Rule 52.2(b)(3), the Forest Service will file copies of its final decision with this Court by October 22, 2007.

Respectfully submitted,

s/ J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for the Plaintiff

Phone (703) 726-0197
Fax (703) 726-0198

Date: August 23, 2007