# In the United States Court of Federal Claims

No. 06-506C
Filed: August 28, 2007

| | |
|---|---|
| SARANG CORPORATION | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Plaintiff's August 23, 2007 Unopposed Motion for Extension of Stay on Proceedings is granted. Proceedings in this matter are hereby stayed until October 22, 2007 for the Contracting Officer to issue a final decision on Plaintiff's August 17, 2007 claim for Prompt Payment Act interest.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**