# In the United States Court of Federal Claims

**No. 06-506C**
**(Filed: November 2, 2007)**

**SARANG CORPORATION**

**v.**

**THE UNITED STATES**

**NOTICE OF FILING**

Pursuant to RCFC 52.2 the final decision of the contracting officer issued upon remand from the United States Department of Agriculture has been received and filed.

Brian Bishop

Brian Bishop, Clerk