IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SARANG CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-506 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE PURSUANT TO RULE 52.2(4)

Pursuant to Rule 52.2(4) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully submits this notice following the contracting officer's decision on remand.

On October 16, 2007, the contracting officer (the "CO") rendered her final decision with respect to the claims of Sarang Corporation ("Sarang") on remand. The CO's decision granted Sarang's claim for additional interest to the extent of $734.25, and denied the remainder of the claim.

Defendant's counsel spoke to plaintiff's counsel by telephone on the morning of this filing. As of that time, plaintiff had determined to challenge the CO's decision in some form, but had not yet reached any conclusions about the particular issues that plaintiff would raise before this Court. Thus, it is premature for defendant to propose a path for resolution of the remaining issues in this case, as those issues are as-yet undefined.

In the view of the defendant, the interests of justice would be served best by allowing plaintiff an opportunity to define and

properly assert its remaining claims by amending its complaint. In addition, the defendant should be allowed to respond to the plaintiff's amended complaint, either by filing an amended answer or by motion pursuant to RCFC 12.

We therefore respectfully request that the Court set the following schedule for further proceedings in this case:

| | |
|---|---|
| Plaintiff's Complaint due | December 21, 2007 |
| Defendant's Response due | January 21, 2007 |

After we have submitted our response to the complaint, the parties should proceed pursuant to the RCFC: (i) if defendant elects to amend its answer in response to the amended complaint, the parties should submit a Joint Preliminary Status Report within the time permitted by the RCFC, or (ii) if the defendant elects to respond to the complaint with a motion, plaintiff's response and defendant's reply would be due within the times permitted pursuant to the RCFC.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

November 21, 2007

CERTIFICATE OF FILING

I hereby certify that on this 21st Day of November, 2007, a copy of the foregoing "DEFENDANT'S NOTICE PURSUANT TO RULE 52.2(4)" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler