**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SARANG CORPORATION | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-506 C |
| | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

**PLAINTIFF'S NOTICE PURSUANT TO RCFC RULE 52.2(4)**

On November 21, 2007, Defendant filed a Notice with this Court proposing a schedule for further proceedings in this case. Plaintiff is in accord with the schedule proposed in Defendant's Notice, and will abide by a Court order regarding next steps as follows:

Plaintiff's Amended Complaint: Due December 21, 2007

Defendant's Response: Due January 21, 2008

Respectfully submitted,

s/ J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for the Plaintiff

Phone (703) 726-0197
Fax (703) 726-0198

Date: November 27, 2007