**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SARANG CORPORATION | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-506 C |
| | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

**<u>PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME</u>**

This motion is filed pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"). Plaintiff hereby requests an enlargement of time of seven (7) days, up to and including December 28, 2007, within which to file its Amended Complaint. This is plaintiff's first motion for enlargement of time with regard to this filing.

This motion is requested due to a technical issue with Plaintiff's attorney's computer server which has resulted in restricted access to certain case law and regulatory citations that must be verified prior to submission of the Amended Complaint. Plaintiff's attorney has submitted a request for technical support regarding this matter. However, a full technical fix is not expected until December 27, 2007, after the Christmas holiday.

Defendant's counsel has been not been contacted due to the late hour of this motion. However, an e-mail request for approval of this modest request will be forwarded to Defendant's counsel along with a copy of this motion.

For the foregoing reason, plaintiff requests this Court to grant this motion for enlargement of time.

Respectfully submitted,

s/ J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for the Plaintiff

Phone (703) 726-0197
Fax (703) 726-0198

Date: December 21, 2007