# In the United States Court of Federal Claims

No. 06-506C
Filed: December 27, 2007

*************************************
*
SARANG CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

The court hereby grants Plaintiff's December 21, 2007 Motion for an Enlargement of Time. Plaintiff's Amended Complaint is due on or before December 28, 2007.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**