# In the United States Court of Federal Claims

No. 06-506C
Filed: January 7, 2008

*************************************
*
SARANG CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

For good cause shown, the court hereby extends the deadline for Plaintiff to file the Amended Complaint to January 31, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**