**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SARANG CORPORATION | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-506 C |
| | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

**SECOND AMENDED COMPLAINT**

By leave of the Court, this second amended complaint is filed by Sarang Corporation ("Sarang" or "Plaintiff") in accordance with RCFC 15(a). The reason for this filing is because of new developments since the Court's order of May 25, 2007 remanding the case to the United States Department of Agriculture (USDA) Forest Service ("Forest Service" or "Defendant") for a final decision regarding Plaintiff's claims for late payment interest under the Prompt Payment Act ("PPA"), 31 U.S.C. §3901 *et seq.*

## I. PRELIMINARY STATEMENT

1. This second amended complaint is filed before the Court to challenge the final agency decision issued by the Forest Service on October 16, 2007 with regard to a claim for late payment interest under the PPA. The decision hereby challenged by Sarang involves a Settlement Agreement executed between the parties on October 14, 2005 in the amount of $50,886.00 for construction work performed under USDA Forest Service Contract # 50-3434-1-1524 ("the Contract"). Sarang filed its original complaint in this Court on July 7, 2006 requesting, among other things, full payment of the $50,886.00, plus late payment interest under the PPA. After Sarang filed its complaint, the Forest Service expedited payment of the $50,886.00, but made no effort to remit late payment

interest as required by the PPA. Sarang amended its complaint to limit its claim to late payment interest, and the Court issued an opinion and order on May 25, 2007 remanding the case for a final agency decision on the matter. The Forest Service issued its final decision on October 16, 2007 denying Sarang's claim for late payment interest on the 50,886.00 claim in its entirety. This amended complaint is filed to challenge the Forest Service's decision.

2. Also at issue in the original complaint was a demand for late payment interest on a separate amount of $25,000.00 requested under the Contract by Sarang through an Application for Payment submitted on March 17, 2003. In its final decision on the matter, the Forest Service awarded late payment interest for this claim in the amount of $734.25. However, the Forest Service has since failed to disburse payment. This second amended complaint is therefore filed to demand disbursement of the Forest Service's award of $734.25.

## II. JURISDICTION

3. The jurisdiction of this Court is invoked pursuant to the PPA, 31 U.S.C. § 3907(a), and the Contract Disputes Act ("CDA"), 41 U.S.C. 609(a). As ordered by the Court in its decision of May 25, 2007, Sarang has met the jurisdictional pre-requisites of the CDA by obtaining a final decision on its claims prior to filing this second amended complaint.

## III. PARTIES

4. Sarang (Plaintiff) is a corporation organized under the laws of the State of Illinois, with headquarters located at 409 Busse Road, Elk Grove Village, Illinois 60007.

5. The Forest Service (Defendant) is a U.S. government agency with its relevant program office located at 1400 Independence Avenue, SW, Washington, DC 20250. The current address of the Contracting Officer ("CO") responsible for administration of the subject contract is 1621 North Kent Street, RPE, 701, Arlington, Virginia 22209.

## IV. FACTUAL ALLEGATIONS

6. Sarang entered into a contract (Contract No. 50-3434-1-1524) with the Forest Service on May 11, 2001 for the performance of certain construction services. Sarang completed the work under the contract on November 19, 2003. On December 2, 2003, the Forest Service's CO signed a Certificate for Payment approving an Application for Payment in the amount of $258,993.00 for work satisfactorily completed by Sarang under the contract. However, the CO withheld disbursement of $25,000.00 under this Application pending resolution of a separate request for additional payment filed by Sarang on June 25, 2003 (discussed in paragraph 7, below). For the purposes of this second amended complaint, the $25,000.00 withheld by the CO on December 2, 2003 forms the underlying basis of Claim #1.

7. The separate request mentioned earlier filed by Sarang on June 25, 2003 was for payment in the amount of $198,263.00 for work performed by Sarang outside the scope of the contract. On July 19, 2005, the CO sent Sarang a letter rejecting this request, and

proposing instead to offer an amount of $50,886.00 in full settlement of the matter. On October 14, 2005, the parties executed a Settlement Agreement in the amount of $50,886.00 to resolve the matter. For the purposes of this second amended complaint, this $50,886 settlement amount forms underlying the basis of Claim #2.

8. After the parties executed the Settlement Agreement, the Forest Service failed to make payment on Claim #s 1 and 2, eventually forcing Sarang to file a complaint in this Court on July 7, 2006. Only after Sarang had filed its original complaint did the Forest Service rush to make payment on Sarang's causes of action, disbursing the full $25,000.00 balance owed on Claim #1 on July 21, 2006, and the full $50,886.00 settlement amount owed on Claim #2 on August 15, 2006. Sarang then amended its complaint on October 13, 2006 to acknowledge receipt of payment on Claim #s 1 and 2, and to limit its request for adjudication to a demand for late penalty interest on each claim in accordance with the PPA.

9. On May 25, 2007, this Court issued an opinion and order remanding the case to the Forest Service for a final decision on the matter of late payment interest. Sarang filed a claim letter with the Forest Service on August 17, 2007 demanding late payment interest on each Claim pursuant to 5 CFR § 1315.10(a) and § 1315.17(c). Sarang also demanded additional penalty for each Claim pursuant to 5 CFR § 1315.11(c).

10. The Forest Service issued its final decision on October 16, 2007. In its decision, the Forest Service awarded Sarang late payment interest on Claim #1 in the amount of $734.25. While this award is less than the amount Sarang claimed, it is not challenged in this complaint. However, the Forest Service denied late payment interest on Claim #2

entirely. (The Forest Service also rejected Sarang's demand for additional penalty under each claim, citing the pre-requisites of 5 CFR § 1315.11(a)(3) as its basis for denial.)

11. This second amended complaint is hereby filed to demand disbursement of the $734.25 on Claim #1 which the Forest Service has failed to deliver despite its final decision. Sarang also hereby challenges the Forest Service's wholesale denial of its claim for late payment interest under Claim #2. (No challenge is hereby filed regarding the Forest Service's denial of the additional penalty claims submitted by Sarang on each claim.)

## V. FIRST CAUSE OF ACTION

12. Sarang hereby demands payment of the $734.25 awarded by the Forest Service in its letter of October 16, 2007. There is no reason for further delay in the disbursement of this amount.

## VI. SECOND CAUSE OF ACTION

13. The Forest Service's denial of late payment interest on Claim to Sarang per the terms of the parties' Settlement Agreement amounts to a violation of the government's obligation to issue late payment interest under the PPA.

14. The Forest Service's position as stated in its final decision that the PPA does not apply to the Settlement Agreement is simply wrong. FAR Subpart 33.210 gives government agency COs the authority to decide or resolve all claims arising under or relating to a contract subject to the CDA, and the Settlement Agreement as agreed falls within this mandate. The Settlement Agreement pertains to the Contract as performed by

Sarang, which service in turn qualifies as a complete delivered item of service as required by Section 3902(a) of the PPA.

15. Sarang's calculation of the late payment interest due by the Forest Service under this cause of action is as follows (*see* Sarang Letter to Forest Service dated August 17, 2007, attached):

| | |
|---|---|
| **Amount of Principal** | **$50,886.00** |
| **Date of invoice acceptance by Forest Service** | **October 14, 2005** |
| **Date payment became due (calculated per 5 CFR §1315.10(a)(1))** | **November 13, 2005** |
| **Prompt Payment interest rate as of November 14, 2005 (calculated per 5 CFR §1315.10(a)(1))** | **4.5 %** |
| **Date of actual payment** | **August 15, 2006** |
| **Number of months / days late (actual)** | **9 months / 2 days** |
| **Number of months / days late (adjusted per 5 CFR §1315.10(a)(5))** | **9 months / 2 days** |
| **Amount Due (calculated per 5 CFR §1315.17(c))**** | **$1,769.70** |

***Note: Calculations were conducted using U.S. Treasury Department's online Prompt Payment Calculator, available at http://www.fms.treas.gov/prompt/ppcalc2.html*

## VII. PRAYER FOR RELIEF

**WHEREFORE**, Sarang respectfully prays that this Court:

a) Assume jurisdiction of this case;

b) Order the Forest Service to disburse payment in the amount of $734.25 under the first cause of action;

c) Award late payment interest damages in the amount of $1,769.70 under the second cause of action as required by the PPA and Federal Acquisition Regulation (FAR) § 33.208; and

d) Award such other relief as the Court deems appropriate.

Dated this 31st day of January, 2008.

s/ J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for the Plaintiff

Phone (703) 726-0197
Fax (703) 726-0198

LAW OFFICES OF J. COBBIE DE GRAFT*

WORLDGATE PLAZA
12801 WORLDGATE DRIVE, SUITE 500
HERNDON, VIRGINIA 20170

PHONE (703) 726-0197
FAX (703) 726-0198

# FACSIMILE TRANSMISSION

**Date:** August 17, 2007

**To:** USDA Forest Service
Attn: Mary Saint Louis

**Fax:** 703-605-5100

**From:** Cobbie de Graft

**Subject:** Sarang Corporation:
Contract No. 50-3434-1-1524

**No. of Pages, Including this Page: 20**

---

**Message:**

Please see attached. Do not hesitate to call if you have any questions.

---

**CONFIDENTIALITY NOTICE**

This facsimile transmission may contain confidential and privileged information. It is intended solely for the named recipient. If you have received this transmission by mistake or are not the named recipient, you are hereby advised that any review, disclosure, photocopy, dissemination or other unintended use of the contents of this transmission is strictly prohibited. If you have received this transmission in error, kindly notify the sender by telephone at (703) 726-0197.

* Admitted to the Bar in DC and NY.
* Of Counsel Admitted in DC, MD, PA and VA.

LAW OFFICES OF J. COBBIE DE GRAFT
WORLDGATE PLAZA
12801 WORLDGATE DRIVE, SUITE 500
HERNDON, VIRGINIA 20170

TELEPHONE
(703) 726-0197

Admitted to the Bar in DC and NY
Of Counsel Admitted in DC, MD, PA and VA

FACSIMILE
(703) 726-0198

August 15, 2007

**VIA FACSIMILE & U.S. MAIL TO:**

USDA Forest Service
1621 N. Kent Street,
Suite 707
RPE, Arlington, VA 22209
Attn: Mary E. Saint Louis

**Re: Contract No. 50-3434-1-1524 - Sarang Corporation: Request for Late Payment Interest**

Dear Ms. Saint Louis:

As you know, my law offices have been retained by Sarang Corporation ("Sarang") on the matter of final payment for work performed under USDA Forest Service Contract No. 50-3434-1-1524. On behalf of Sarang, this firm filed a complaint regarding this matter with the U.S. Court of Federal Claims on July 7, 2006. At that time, the Sarang's claim was for a combined amount of $75,886.00, plus interest and costs.

1. Background Information

Following the filing of the complaint, the Forest Service remitted to Sarang the full amount of its claim in two installments as follows:

| | PAYMENT AMOUNT | DATE OF PAYMENT |
|---|---|---|
| Payment #1 | $25,000.00 | 07/21/2006 |
| Payment #2 | $50,886.00 | 08/15/2006 |

Please refer to Attachment C for a copy of a notice from Sarang acknowledging receipt of these payments. Sarang notified the Court of these payments once they were received, and proceeded thereafter only upon its claim for penalty interest under the Prompt Payment Act (PPA).

On May 25, 2007, the Court issued a decision in which it stayed proceedings pending a final decision by the Forest Service on Sarang's claim for PPA interest. Sarang Corp. v. US, 76 Fed. Cl. 560 (2007).

2. Details of Claim for PPA Interest

It is my understanding from our telephone conversation last week that you are familiar with the Court's Order in this case. It is also my understanding from our

conversation that the Forest Service does not intend to remit late payment interest on Sarang's claim without a formal request from Sarang even though such remittance is required under 5 CFR §1315.10(b)(2). In accordance with the Court's Order, therefore, this letter constitutes a formal claim by Sarang for late payment interest under the PPA on the claims described above. The details of each claim are as follows:

*a)* *CLAIM #1: PPA Penalty Interest on $25,000.00*. In accordance with FAR Subpart 32.905, Sarang submitted an invoice to the Forest Service and the invoice was accepted on December 2, 2003 (see Attachment A). Pursuant to 5 CFR §1315.10(b)(2), the Forest Service should have issued late payment interest without regard to whether Sarang had requested such payment. Our calculation of the penalty interest due on the $25,000.00 claim is derived using the following information.

| | |
|---|---|
| Amount of Principal (see Attachment #1) | $25,000.00 |
| Date of invoice acceptance by Forest Service (see Attachment #1) | December 2, 2003 |
| Date payment became due (calculated per 5 CFR §1315.10(a)(1)) | January 1, 2004 |
| Prompt Payment interest rate as of January 2, 2004 (calculated per 5 CFR §1315.10(a)(1)) | 4.0 % |
| Date of actual payment (see Attachment #3) | July 21, 2006 |
| Number of months / days late (actual) | 30 months / 19 days |
| Number of months / days late (adjusted per 5 CFR §1315.10(a)(5)) | 12 months / 0 days |
| Amount Due (calculated per 5 CFR §1315.10(a) and §1315.17(c)) | **$1,018.54** |
| Additional Penalty (calculated per 5 CFR §1315.11(c)) | **$1,018.54** |
| TOTAL AMOUNT DUE | **$2,037.08** |

Please note that the above table presents a final figure that is different from the claim submitted by Sarang to the Court on October 13, 2006. The claim submitted to the Court was calculated using the U.S. Treasury Department's online Prompt Payment Calculator (available at http://fms.treas.gov/prompt/ppcalc2.html). We believe, upon review, that

the original calculation was incorrect for reasons we are now unable to identify. For this reason, we have made corrections in the calculation based on the formula prescribed under 5 CFR §1315.17(c), and we request that you issue your payment based on this corrected claim. Please note also that this claim, as with the claim filed with the Court, includes a demand for additional penalties prescribed under 5 CFR §1315.11(c).

*b)* *CLAIM #2: PPA Penalty Interest on $50,886.00*. In accordance with FAR Subpart 32.905, Sarang submitted an invoice to the Forest Service and the invoice was accepted on October 14, 2005 (see Attachment B). In accordance with 13 CFR §1315.10(b)(2), late payment penalty interest should have been remitted without regard to whether Sarang had requested such payment. Our calculation of the penalty interest due on the $50,886.00 claim is derived using the following information.

| | |
|---|---|
| Amount of Principal (see Attachment #2) | $50,886.00 |
| Date of invoice acceptance by Forest Service (see Attachment #2) | October 14, 2005 |
| Date payment became due (calculated per 5 CFR §1315.10(a)(1)) | November 13, 2005 |
| Prompt Payment interest rate as of November 14, 2005 (calculated per 5 CFR §1315.10(a)(1)) | 4.5 % |
| Date of actual payment (see Attachment #3) | August 15, 2006 |
| Number of months / days late (actual) | 9 months / 2 days |
| Number of months / days late (adjusted per 5 CFR §1315.10(a)(5)) | 9 months / 2 days |
| Amount Due (calculated per 5 CFR §1315.10(a) and §1315.17(c)) | **$1,769.70** |
| Additional Penalty (calculated per 5 CFR §1315.11(c)) | **$1,769.70** |
| TOTAL AMOUNT DUE | **$3,539.40** |

Again, please note that the above table presents a final figure that is different from the claim submitted by Sarang to the Court on October 13, 2006. The claim submitted to the Court was calculated using the U.S. Treasury Department's online Prompt Payment Calculator (available at http://fms.treas.gov/prompt/ppcalc2.html). We believe, upon

review, that the original calculation was incorrect for reasons we are now unable to identify. For this reason, we have made corrections in the calculation based on the formula prescribed under 5 CFR §1315.17(c), and we request that you issue your payment based on this corrected claim. Please note also that this claim, as with the claim filed with the Court, includes a demand for additional penalties prescribed under 5 CFR §1315.11(c).

3. Next Steps

We look forward to having the Sarang matter resolved without further delay. It is my understanding that your office has all the information necessary to remit payment directly to Sarang under this claim. I would appreciate the courtesy of a notice to my office upon issuance of payment to Sarang. Do not hesitate to contact me by telephone at (703) 726-0197 if you have any questions.

Yours sincerely,

J. Cobbie de Graft, Esq.

cc: Robert E. Chandler, Esq.

Attachments

# ATTACHMENT A

# APPLICATION AND CERTIFICATION FOR PAYMENT

*AIA DOCUMENT G702* PAGE ONE OF PAGES

TO OWNER Monongahela National Forest
200 Sycamore Street
Elkins, WV 26241

PROJECT: Midewin National Tallgrass
Prairie Administrative Site
Will County, Illinois

APPLICATION NO: 19

Distribution to:
- [x] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [ ]
- [ ]

PERIOD TO: December 19,2002
January 17 2003

FROM CONTRACTOR:
SARANG CORPORATION
5 BUSSE ROAD
ELK GROVE VILLAGE, IL - 60009

CONTRACTING OFFICER:
MARY E. SAINTLOUIS
200 SYCAMORE STREET
ELKINS, WV 26241

PROJECT NOS: 50-3434-1-1524

CONTRACT FOR:

CONTRACT DATE: MAY 11 2001

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | $ 2,964,028.00 ✓ |
| 2. Net change by Change Orders | | $ 416,255.00 ✓ |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | | $ 3,380,283.00 ✓ |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | | 3,380,283.00 ✓ |
| 5. RETAINAGE: | | |
| a. ____ % of Completed Work (Column D + E on G703) | $ 0 | |
| b. 0 % of Stored Material (Column F on G703) | $ | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | | $ 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | | $ 3,380,283.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $ 3,096,290.00 |
| 8. CURRENT PAYMENT DUE | | $ 283,993.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $446,255.00 | |
| Total approved this Month | | ($30,000.00) |
| TOTALS | $446,255.00 | ($30,000.00) |
| NET CHANGES by Change Order | $416,255.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: SARANG CORPORATION

By: [signature] Date: March 17 2003 *

* PER CONTRACTING OFFICER'S DIRECTION, THIS INVOICE WAS HELD UNTIL PUNCH LIST WAS COMPLETED. COMPLETION OF PUNCH LIST OCCURRED ON: 11-19-2003.

## CONTRACTING OFFICER'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising the application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............ $ 258,993.00 **

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and onthe Continuation Sheet that are changed to conform with the amount certified.)*

CONTRACTING OFFICER:

By: M. Saint Louis Date: 12-02-2003

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA DOCUMENT G702 · APPLICATION AND CERTIFICATION FOR PAYMENT · 1992 EDITION · AIA · ©1992 THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVE., N.W., WASHINGTON, DC 20006-5292
Users may obtain validation of this document by requesting a completed AIA Document D401 - Certification of Document's Authenticity from the Licensee.

** Work is 100% complete. Withholding of $25,000 pending final calculation of request for adjustment including late penalty.
M. Saint Louis

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 19
APPLICATION DATE: December 19 2002
PERIOD TO: January 17 2003
ARCHITECT'S PROJECT NO: 50-3434-1-1524

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| A | **General** | | | | | | | | |
| 1 | Performance & Payment Bond | $32,212.00 | $32,212.00 | $0.00 | | $32,212.00 | 100.00% | | $0.00 |
| 2 | Certificate of Insurance | $37,016.00 | $37,016.00 | $0.00 | | $37,016.00 | 100.00% | | $0.00 |
| 3 | Mobilization | $33,000.00 | $33,000.00 | $0.00 | | $33,000.00 | 100.00% | | $0.00 |
| 4 | Supervision | $78,000.00 | $78,000.00 | $0.00 | | $78,000.00 | 100.00% | | $0.00 |
| 5 | Project Management | $93,600.00 | $93,600.00 | $0.00 | | $93,600.00 | 100.00% | | $0.00 |
| 6 | Design & Architectural fees | $60,000.00 | $60,000.00 | $0.00 | | $60,000.00 | 100.00% | | $0.00 |
| 7 | Temporary Facilities | $90,000.00 | $90,000.00 | $0.00 | | $90,000.00 | 100.00% | | $0.00 |
| 8 | Field Enigneering | $30,000.00 | $30,000.00 | $0.00 | | $30,000.00 | 100.00% | | $0.00 |
| B | **Site Grading** | | | | | | | | |
| 1 | Minor Demolition | $15,750.00 | $15,750.00 | $0.00 | | $15,750.00 | 100.00% | | $0.00 |
| 2 | Site Clearing | $18,000.00 | $18,000.00 | $0.00 | | $18,000.00 | 100.00% | | $0.00 |
| 3 | Grading | $36,000.00 | $36,000.00 | $0.00 | | $36,000.00 | 100.00% | | $0.00 |
| 4 | Excavation | $27,000.00 | $27,000.00 | $0.00 | | $27,000.00 | 100.00% | | $0.00 |
| 5 | Fill & Backfill | $60,000.00 | $60,000.00 | $0.00 | | $60,000.00 | 100.00% | | $0.00 |
| 6 | Aggregate Sub Base Course | $135,000.00 | $135,000.00 | $0.00 | | $135,000.00 | 100.00% | | $0.00 |
| 7 | Bituminous Surface Paving | $75,000.00 | $75,000.00 | $0.00 | | $75,000.00 | 100.00% | | $0.00 |
| 8 | Concrete Paving | $30,000.00 | $30,000.00 | $0.00 | | $30,000.00 | 100.00% | | $0.00 |
| 9 | Concrete Curbs | $18,000.00 | $18,000.00 | $0.00 | | $18,000.00 | 100.00% | | $0.00 |
| C | **Headquarter Office Building** | | | | | | | | |
| 1 | Excavation & Backfilling | $80,000.00 | $80,000.00 | $0.00 | | $80,000.00 | 100.00% | | $0.00 |
| 2 | Site Amenities | $20,000.00 | $20,000.00 | $0.00 | | $20,000.00 | 100.00% | | $0.00 |
| 3 | Cast-in-Place Concrete Footing | $17,500.00 | $17,500.00 | $0.00 | | $17,500.00 | 100.00% | | $0.00 |
| 4 | Cast-in-Place Concrete Fdn Walls | $50,000.00 | $50,000.00 | $0.00 | | $50,000.00 | 100.00% | | $0.00 |
| 5 | Cast-in-Place Concrete Slab | $52,000.00 | $52,000.00 | $0.00 | | $52,000.00 | 100.00% | | $0.00 |
| 6 | Stone Veneer | $63,000.00 | $63,000.00 | $0.00 | | $63,000.00 | 100.00% | | $0.00 |
| 7 | Stone Pavers | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| 8 | Structural Steel | $24,000.00 | $24,000.00 | $0.00 | | $24,000.00 | 100.00% | | $0.00 |
| 9 | Metal Fabrication | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| 10 | Rough Carpentry | $190,000.00 | $190,000.00 | $0.00 | | $190,000.00 | 100.00% | | $0.00 |
| 11 | Fiberboard | $16,000.00 | $16,000.00 | $0.00 | | $16,000.00 | 100.00% | | $0.00 |
| 12 | Prefabricated Structural Wood | $98,000.00 | $98,000.00 | $0.00 | | $98,000.00 | 100.00% | | $0.00 |
| 13 | Laminates | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| 14 | Siding | $18,000.00 | $18,000.00 | $0.00 | | $18,000.00 | 100.00% | | $0.00 |

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 19
APPLICATION DATE: December 19 2002
PERIOD TO: January 17 2003
ARCHITECT'S PROJECT NO: 50-3434-1-1524

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 15 | Interior Trimwork | $36,000.00 | $36,000.00 | $0.00 | | $36,000.00 | 100.00% | | $0.00 |
| 16 | Building Insulation | $21,000.00 | $21,000.00 | $0.00 | | $21,000.00 | 100.00% | | $0.00 |
| 17 | EIFS | $16,000.00 | $16,000.00 | $0.00 | | $16,000.00 | 100.00% | | $0.00 |
| 18 | Shingles | $61,200.00 | $61,200.00 | $0.00 | | $61,200.00 | 100.00% | | $0.00 |
| 19 | Rubberised Ice Dam Protection | $4,500.00 | $4,500.00 | $0.00 | | $4,500.00 | 100.00% | | $0.00 |
| 20 | Flashing & Sheet Metal | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 21 | Prefinished Metal Vents | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 22 | Sealants & Caulking | $4,500.00 | $4,500.00 | $0.00 | | $4,500.00 | 100.00% | | $0.00 |
| 23 | Steel Doors | $4,000.00 | $4,000.00 | $0.00 | | $4,000.00 | 100.00% | | $0.00 |
| 24 | Steel Frames | $6,150.00 | $6,150.00 | $0.00 | | $6,150.00 | 100.00% | | $0.00 |
| 25 | Wood Doors | $7,500.00 | $7,500.00 | $0.00 | | $7,500.00 | 100.00% | | $0.00 |
| 26 | Skylights | $4,000.00 | $4,000.00 | $0.00 | | $4,000.00 | 100.00% | | $0.00 |
| 27 | Coiling Grilles | $4,000.00 | $4,000.00 | $0.00 | | $4,000.00 | 100.00% | | $0.00 |
| 28 | Windows | $57,000.00 | $57,000.00 | $0.00 | | $57,000.00 | 100.00% | | $0.00 |
| 29 | Door Hardware | $24,000.00 | $24,000.00 | $0.00 | | $24,000.00 | 100.00% | | $0.00 |
| 30 | Glazing | $6,300.00 | $6,300.00 | $0.00 | | $6,300.00 | 100.00% | | $0.00 |
| 31 | Gypsum Wallboard | $60,000.00 | $60,000.00 | $0.00 | | $60,000.00 | 100.00% | | $0.00 |
| 32 | Ceramic Tiles | $24,000.00 | $24,000.00 | $0.00 | | $24,000.00 | 100.00% | | $0.00 |
| 33 | Suspended Acoustical Ceiling | $32,000.00 | $32,000.00 | $0.00 | | $32,000.00 | 100.00% | | $0.00 |
| 34 | Stone Flooring | $5,000.00 | $5,000.00 | $0.00 | | $5,000.00 | 100.00% | | $0.00 |
| 35 | Resilient Flooring | $3,600.00 | $3,600.00 | $0.00 | | $3,600.00 | 100.00% | | $0.00 |
| 36 | Carpeting | $37,500.00 | $37,500.00 | $0.00 | | $37,500.00 | 100.00% | | $0.00 |
| 37 | Painting | $30,000.00 | $30,000.00 | $0.00 | | $30,000.00 | 100.00% | | $0.00 |
| 38 | Wall Covering | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 39 | Chalkboards & Tackboards | $3,000.00 | $0.00 | $3,000.00 | | $3,000.00 | 100.00% | | $0.00 |
| 40 | Flagpoles | $7,800.00 | $7,800.00 | $0.00 | | $7,800.00 | 100.00% | | $0.00 |
| 41 | Signs | $5,000.00 | $0.00 | $5,000.00 | | $5,000.00 | 100.00% | | $0.00 |
| 42 | Partitions | $8,000.00 | $8,000.00 | $0.00 | | $8,000.00 | 100.00% | | $0.00 |
| 43 | Toilet & Bath Accessories | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 44 | Cabinets | $45,000.00 | $31,500.00 | $13,500.00 | | $45,000.00 | 100.00% | | $0.00 |
| 45 | Mats | $3,600.00 | $3,600.00 | $0.00 | | $3,600.00 | 100.00% | | $0.00 |
| 46 | Lifts | $22,000.00 | $22,000.00 | $0.00 | | $22,000.00 | 100.00% | | $0.00 |
| 47 | Plumbing | $75,000.00 | $75,000.00 | $0.00 | | $75,000.00 | 100.00% | | $0.00 |

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 19
APPLICATION DATE: December 19 2002
PERIOD TO: January 17 2003
ARCHITECT'S PROJECT NO: 50-3434-1-1524

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 48 | Fire Protection | $10,000.00 | $9,500.00 | $500.00 | | $10,000.00 | 100.00% | | $0.00 |
| 49 | HVAC | $201,500.00 | $199,925.00 | $1,575.00 | | $201,500.00 | 100.00% | | $0.00 |
| 50 | Electrical | $280,000.00 | $277,000.00 | $3,000.00 | | $280,000.00 | 100.00% | | $0.00 |
| **D** | **Admin Site Water & Dist System** | | | | | | | | |
| 1 | Water Distribution System | $6,000.00 | $0.00 | $6,000.00 | | $6,000.00 | 100.00% | | $0.00 |
| 2 | Water Well Drilling | $14,000.00 | $0.00 | $14,000.00 | | $14,000.00 | 100.00% | | $0.00 |
| 3 | Submersible Pump & Control | $5,300.00 | $0.00 | $5,300.00 | | $5,300.00 | 100.00% | | $0.00 |
| **E** | **Admin Site Waste Water System** | | | | | | | | |
| 1 | Earthwork | $18,000.00 | $0.00 | $18,000.00 | | $18,000.00 | 100.00% | | $0.00 |
| 2 | Wetland Cell Liner | $6,000.00 | $0.00 | $6,000.00 | | $6,000.00 | 100.00% | | $0.00 |
| 3 | Aggregates | $3,000.00 | $0.00 | $3,000.00 | | $3,000.00 | 100.00% | | $0.00 |
| 4 | Absorptrion Trenches | $3,000.00 | $0.00 | $3,000.00 | | $3,000.00 | 100.00% | | $0.00 |
| 5 | Piping & Fittings | $1,500.00 | $0.00 | $1,500.00 | | $1,500.00 | 100.00% | | $0.00 |
| 6 | Distribution & Level Adjusting Sumps | $4,500.00 | $0.00 | $4,500.00 | | $4,500.00 | 100.00% | | $0.00 |
| 7 | Constructrd Wetland Planting | $9,000.00 | $0.00 | $9,000.00 | | $9,000.00 | 100.00% | | $0.00 |
| 8 | Precast Concrtet Tanks & Accessories | $12,000.00 | $0.00 | $12,000.00 | | $12,000.00 | 100.00% | | $0.00 |
| 9 | Effluent Dosing Pump | $12,000.00 | $0.00 | $12,000.00 | | $12,000.00 | 100.00% | | $0.00 |
| 10 | Effluent Dosing Pump Controls | $9,000.00 | $0.00 | $9,000.00 | | $9,000.00 | 100.00% | | $0.00 |
| **F** | **Site Lighting** | | | | | | | | |
| 1 | Electrical | $55,500.00 | $55,500.00 | $0.00 | | $55,500.00 | 100.00% | | $0.00 |
| **G** | **Machine Storage Building** | | | | | | | | |
| 1 | Site Conditions | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 2 | Site Preparations & Construction | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 3 | Base Course | $9,000.00 | $9,000.00 | $0.00 | | $9,000.00 | 100.00% | | $0.00 |
| 4 | Doors | $1,200.00 | $1,200.00 | $0.00 | | $1,200.00 | 100.00% | | $0.00 |
| 5 | Hardware & Specialities | $1,800.00 | $1,800.00 | $0.00 | | $1,800.00 | 100.00% | | $0.00 |
| 6 | Pre Engineered Structures | $94,000.00 | $94,000.00 | $0.00 | | $94,000.00 | 100.00% | | $0.00 |
| 7 | Electrical | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| **H** | **Modification # 1 Windows** | | | | | | | | |
| 1 | Substitution for Pella Windows | $10,000.00 | $10,000.00 | $0.00 | | $10,000.00 | 100.00% | | $0.00 |
| **I** | **Modification # 1 Electrical** | | | | | | | | |
| 1 | 5" & 4" conduits as per ComEd | $14,374.00 | $14,374.00 | $0.00 | | $14,374.00 | 100.00% | | $0.00 |
| **J** | **Modification # 1 Multi Use Bldg.** | | | | | | | | |

# CONTINUATION SHEET

*AIA DOCUMENT G703*

PAGE OF PAGES

AIA Document G702, APPLICATION AND CERTIFICATION FOR PAYMENT, containing Contractor's signed certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 19
APPLICATION DATE: December 19 2002
PERIOD TO: January 17 2003
ARCHITECT'S PROJECT NO: 50-3434-1-1524

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | General Conditions | $45,000.00 | $45,000.00 | $0.00 | | $45,000.00 | 100.00% | | $0.00 |
| 2 | Design & Architectural fees | $15,000.00 | $15,000.00 | $0.00 | | $15,000.00 | 100.00% | | $0.00 |
| 3 | Site Work | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 4 | Concrete | $39,000.00 | $39,000.00 | $0.00 | | $39,000.00 | 100.00% | | $0.00 |
| 5 | Structural Steel | $12,000.00 | $12,000.00 | $0.00 | | $12,000.00 | 100.00% | | $0.00 |
| 6 | Interior Trimwork | $6,000.00 | $6,000.00 | $0.00 | | $6,000.00 | 100.00% | | $0.00 |
| 7 | Sealants & Caulking | $2,400.00 | $2,400.00 | $0.00 | | $2,400.00 | 100.00% | | $0.00 |
| 8 | Steel Doors | $1,800.00 | $1,800.00 | $0.00 | | $1,800.00 | 100.00% | | $0.00 |
| 9 | Steel Frames | $1,500.00 | $1,500.00 | $0.00 | | $1,500.00 | 100.00% | | $0.00 |
| 10 | Wood Doors | $2,700.00 | $2,700.00 | $0.00 | | $2,700.00 | 100.00% | | $0.00 |
| 11 | Overhead Doors | $4,800.00 | $4,800.00 | $0.00 | | $4,800.00 | 100.00% | | $0.00 |
| 12 | Windows | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 13 | Hardware & Specialities | $3,181.00 | $3,181.00 | $0.00 | | $3,181.00 | 100.00% | | $0.00 |
| 14 | Gypsum Wallboard | $10,500.00 | $10,500.00 | $0.00 | | $10,500.00 | 100.00% | | $0.00 |
| 15 | VCT | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 16 | Painting | $7,500.00 | $7,500.00 | $0.00 | | $7,500.00 | 100.00% | | $0.00 |
| 17 | FRP Panels | $7,500.00 | $7,500.00 | $0.00 | | $7,500.00 | 100.00% | | $0.00 |
| 18 | Chainlink Partitions | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 19 | Toilet & Bath Accessories | $3,000.00 | $3,000.00 | $0.00 | | $3,000.00 | 100.00% | | $0.00 |
| 20 | Pre Engineered Structures | $111,000.00 | $111,000.00 | $0.00 | | $111,000.00 | 100.00% | | $0.00 |
| 21 | Plumbing | $40,000.00 | $40,000.00 | $0.00 | | $40,000.00 | 100.00% | | $0.00 |
| 22 | HVAC | $40,000.00 | $39,500.00 | $500.00 | | $40,000.00 | 100.00% | | $0.00 |
| 23 | Electrical | $54,000.00 | $51,000.00 | $3,000.00 | | $54,000.00 | 100.00% | | $0.00 |
| K | Modification # 2 | | | | | | | | |
| | Deletion well water & waste | ($103,300.00) | | ($103,300.00) | | ($103,300.00) | | | |
| | Misc.Additions | $73,300.00 | | $73,300.00 | | $73,300.00 | | | |
| | GRAND TOTALS | $3,380,283.00 | $3,276,908.00 | $103,375.00 | $0.00 | $3,380,283.00 | 100.00% | $0.00 | $0.00 |

**Users may obtain validation of this document by requesting of the license a completed AIA Document D401 - Certification of Document's Authenticity**

# ATTACHMENT B

SARANG CORPORATION

June 25, 2003

Ms. Mary E. Saint Louis
Contracting Officer
U. S. Department of Agriculture Forest Service
Monongahela National Forest
200 Sycamore Street, Room 315, Elkins, WV 26241-3962

Re: Midewin National Tallgrass Prairie Administration Complex

Dear Ms. Saint Louis,

In reference to the above contract we request additional sums in the amount of One hundred and ninety eight thousand two hundred and sixty three dollars ($198,263.00) that were incurred due to changes in the scope of work as directed by the COR and extra costs associated with changes in field conditions.

Extra Costs incurred are itemized below:

| | | | |
|---|---|---|---|
| 1. | Changes made to Reception Desk | $ 4,530.00 | 0 4530 |
| 2. | Changes made to light fixtures in Visitor's Room | $ 469.00 | 469 |
| 3. | Additional Costs for Relocating HVAC Units in Multiuse bldg | $ 9,093.00 | 0 |
| 4. | Additional ceramic Tiles in Corridor 32 & 33 in lieu of carpet | $ 1,800.00 | 1800 |
| 5. | Vinyl floor in Mechanical Room in lieu of sealed floor | $ 399.00 | 399 |
| 6. | Costs for Leveling Floor in Visitors Room | $ 2,628.00 | 2628 |
| 7. | Costs for Rerouting HVAC refrigerant Pipes to AC units | $ 2,880.00 | 0 |
| 8. | Temporary Water for starting mechanical systems | $ 3,374.00 | 1687 1687 |
| 9. | Additional PGE for South Parking Lot | $ 6,680.00 | 0 6680 |
| 10. | Additional Clay hauled in excess of design quantities | $ 59,300.00 | 0 989 |
| 11. | Miscellaneous Items | $ 3,897.00 | P/MP 5590 |
| 12. | Extended Overhead and Gen Conditions for time extensions | $106,093.00 | T/A 0 [illegible] |
| | | | Sup: 3316 |
| | **Total Amount Requested** | **$198,263.00** | 6983 +50292 |

+25000 [illegible]
82275

A detailed explanation of each item and backup documentation is provided in the following attachments.

After you have reviewed this, we would like to meet with you to resolve this as soon as possible. Please contact me if you need any additional information.

Sincerely,

Sarang Corporation
Bineet S. Sarang, President

Encl: supporting documents

FS-6300-16 (11/90)

| USDA - Forest Service<br><br>**CONTRACT RELEASE**<br>*(Reference FSH 6309.11)* | CONTRACT NUMBER<br>50-3434-1-1524<br>UNIT<br>Midewin National Tallgrass Prairie (MNTP)<br>PROJECT<br>MNTP Administrative Site |
|---|---|
| TO:<br><br>Mary E. Saint Louis<br>**CONTRACTING OFFICER** | NAME AND ADDRESS OF CONTRACTOR<br>Sarang Corporation<br>ATTN: Bineet Sarang<br>409 Busse Road<br>Elk Grove Village, IL 60007 |

In consideration of the receipt of final payment in the amount of $ 50,886.00 the undersigned hereby releases the United States of America from any and all obligations arising under this contract and any modifications thereof except as reserved below.

Reservations:

$25,000 remaining on original contract.

10/14/05
Date *(mm/dd/yyyy)*

[signature]
Contractor

By Bineet Sarang

Title President

Microsoft Word 2000

**Settlement Agreement**

On behalf of Sarang Corporation, I hereby accept your settlement offer of July 19, 2005, in the amount of $50,886.00 for full accord and satisfaction of all amounts to which Sarang Corporation is entitled to in payment of the Request for Equitable Adjustment under Contract Number 50-3434-1-1524. In addition to this Settlement Agreement, I have executed and returned the enclosed Invoice and Contract Release.

Bineet Sarang
President, Sarang Corporation

10/14/05
Date

# FINAL INVOICE

**Sarang Corporation**
**409 Busse Road**
**Elk Grove Village, IL 60007**

**Contract Number 50-3434-1-1524, Midewin National Tallgrass Prairie Administrative Site**

**1 Lump Sum, Settlement Agreement** **$50,886.00**

**Requested By:**

[signature] 10/14/05

**Bineet Sarang** **Date**
**President**

**Approved By:**

**Mary E. Saint Louis** **Date**
**Contracting Officer**

United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Avenue, SW Washington, DC 20250

File Code: 6320
Date: July 19, 2005

Sarang Corporation
ATTN: Bineet Sarang, President
409 Busse Road
Elk Grove Village, IL 60007

Re: Contract Claim; Contract Number 50-3434-1-1524

Dear Mr. Sarang:

As indicated in my letter dated May 11, 2005, I am in receipt of your certified claim in the amount of $198,263.00. Since we have not been able to connect by phone to discuss this issue, I am again writing. I would like to continue discussions with you so that we can avoid the necessity of pursuing your claim through the court system.

As such, I am providing you with this potential settlement. Although I believe the Government provided a fair settlement to you previously, I do believe there is room for a difference of opinion in some areas. Therefore, I am willing to offer you $50,886.00 in full settlement of your claim. This cost is based on the full cost of the reception desk, one-half the cost of the temporary water, the additional PGE for the South Parking Lot, $989.00 for the Miscellaneous Items, the full request for the temporary facilities, and one-half the supervision and one-quarter the project manager costs requested in the Request for Equitable Adjustment.

If you are in agreement with this settlement proposal, please review and sign the enclosed forms. If you are not in agreement, the proposal is withdrawn and you will need to file with the Agency Board of Contract Appeals or the United States Court of Claims.

This letter constitutes the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Office from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract by number. With regard to the appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. The address for the agency board of contract appeals is: USDA Board of Contract Appeals, United States Department of Agriculture, 2916 South Building, Washington, DC 20250-0601. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims within 12 months of the date you receive this decision.

If you have any questions or concerns, please feel free to contact me directly at 703/605-5309 or fax at 703/605-5100. My new address is USDA, Forest Service; 1621 North Kent Street, RPE, 701; Arlington, VA 22209.

Sincerely,

M. Saint Louis
Mary E. Saint Louis
Contracting Officer

cc: N.Vrevich, COR

# ATTACHMENT C

409 BUSSE ROAD
ELK GROVE VILLAGE
ILLINOS 60007
Phone: 847 806 0200
Fax: 847 806 0256

**SARANG CORPORATION**

# Fax

**To:** J. Cobbie De Graft **From:** Bineet Sarang

**Fax:** 703-726-0198 **Pages:** 2

**Phone:** 703-726-0197 **Date:** 8/28/06

**Re:** Midewin Tallgrass Pymt **CC:**

☐ Urgent ☑ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

• **Comments:**

we reeived one payment on 7/21/06 for $25,000.00 and 2nd payment on 8/15/06 for $50,886.00