# In the United States Court of Federal Claims

No. 06-506C
Filed: May 2, 2008

*************************************
SARANG CORPORATION, *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
*************************************

**SCHEDULING ORDER**

Pursuant to the parties' May 2, 2008 Joint Preliminary Status Report, and for good cause shown, the court hereby enters the following schedule for this case:

Plaintiff's RCFC 12(c) Motion will be filed on or before June 2, 2008.

Defendant's Response and Motion To Dismiss will be filed on or before July 2, 2008.

Plaintiff's Response and Reply will be filed on or before July 16, 2008.

Defendant's Reply will be filed on or before July 30, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**