IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SARANG CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-506<br>(Judge Braden) |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 14 days, to and including July 16, 2008, within which to submit its response to plaintiff's motion for judgment on the pleadings and its motion to dismiss. Our reply presently is due on July 2, 2008. This is our first request for an enlargement of time for this purpose. Denfendant's counsel was unable to reach plaintiff's counsel in order to determine whether plaintiff will oppose this request for an enlargement of time.

During the two days preceding the due date for the Government's response to plaintiff's motion for judgment on the pleadings and motion to dismiss, issues arose in two matters for which defendant's counsel is responsible that required immediate attention. Gulf Group v. United States, Fed. Cl. No. 06-858 and Stout v. Army, Fed. Cir. No. 08-3155. Consequently, the Government has not been able to complete its response and motion prior to the due date. We therefore respectfully request that the court extend the Government's due date by 14 days to July 16, 2008. The Government further requests that corresponding

adjustments be made in the remainder of the briefing schedule, so that the adjusted schedule would be as follows:

| | |
|---|---|
| Defendant's response and motion to dismiss | July 16, 2008 |
| Plaintiff's response and reply | July 30, 2008 |
| Defendant's reply | August 13, 2008 |

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

July 2, 2008

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of July 2008, a copy of the foregoing "DEFENDANT’S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler