# In the United States Court of Federal Claims

No. 06-506C
Filed: July 7, 2008

**************************************
*
SARANG CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
**************************************

**ORDER**

For good cause shown, the Government's July 2, 2008 Unopposed Motion For An Enlargement Of Time is granted. The briefing schedule for this case is modified accordingly:

The Government will file the Motion To Dismiss and Response to Plaintiff's Motion For Judgment On The Pleadings on or before July 16, 2008.

Plaintiff will file a Response and Reply on or before July 30, 2008.

The Government will file a Reply on August 13, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**