**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SARANG CORPORATION | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 06-506 C |
| | ) | |
| THE UNITED STATES | ) | |
| Defendant | ) | |

**NOTICE OF INTENT TO REQUEST REDACTION**

Plaintiff hereby submits this notice of its intent to request redaction of the official transcript of the proceeding held July 23, 2008. As required by the Court, this notice is filed within seven (7) calendar days from the date of the Notice of Filing of Official Transcript entered into the record on July 28, 2008.

Respectfully submitted,

s/ J. Cobbie de Graft

J. Cobbie de Graft, Esq.
Counsel for the Plaintiff

Phone (703) 726-0197
Fax (703) 726-0198

Date: August 4, 2008