# In the United States Court of Federal Claims

**No. 06-506 C**

**SARANG CORPORATION**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Final Order, filed August 15, 2008, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the second amended complaint is dismissed, without prejudice.

John S. Buckley
Acting Clerk of Court

**August 15, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.